**2009–1272.   State ex rel. Kolkowski v. Bd. of Commrs. of Lake Cty.**
Lake App. No. 2008–L–138, 2009-Ohio-2532.
LANZINGER, J., dissents and would accept the appeal on Proposition of Law Nos. II and III.

**2009–1274.   State v. Abbott.**
Warren App. No. CA2008–10–127.
O'CONNOR, J., dissents and would accept the appeal on Proposition of Law Nos. I and II.

**2009–1275.   Blauvelt v. Hamilton.**
Butler App. No. CA2008–07–174, 2009-Ohio-2801.
MOYER, C.J., and O'CONNOR, J., dissent.

**2009–1281.   Kuhar v. Marc Glassman, Inc.**
Cuyahoga App. No. 91989, 2009-Ohio-2379.

**2009–1285.   State v. Fair.**
Cuyahoga App. No. 84498, 2009-Ohio-2382.

**2009–1286.   State v. Norris.**
Cuyahoga App. No. 90896, 2009-Ohio-2372.

**2009–1289.   State v. Tribble.**
Mahoning App. No. 08 MA 145, 2009-Ohio-2651.

**2009–1305.   State v. Levette.**
Richland App. No. 2008CA109, 2009-Ohio-2864.

**2009–1307.   In re Antwon C.**
Hamilton App. No. C–080847, 182 Ohio App.3d 237, 2009-Ohio-2567.

**2009–1308.   State v. Lake.**
Columbiana App. No. 08 CO 26, 2009-Ohio-3057.
O'DONNELL, J., dissents.

**2009–1311.   State v. McQueen.**
Cuyahoga App. No. 92089, 2009-Ohio-2386.

**2009–1312.   State v. Jones.**
Franklin App. No. 09AP–550.

**2009–1316.   State v. Rigdon.**
Warren App. No. CA2008–10–130.

**2009–1319.   JJAM Mgt., Inc. v. Lloyd's.**
Cuyahoga App. No. 93010.

**2009–1320.   Gilham v. Cambridge Home Health Care, Inc.**
Stark App. No. 2008 CA 00211, 2009-Ohio-2842.

**2009–1327.   State v. Wolff.**
Mahoning App. No. 07 MA 166, 2009-Ohio-2897.

**2009–1334.   State v. Powers.**
Warren App. No. CA2008–06–071, 2009-Ohio-2625.

**2009–1338.   State v. Snider.**
Stark App. No. 2008 CA 00147, 2009-Ohio-3427. Discretionary appeal not accepted. Motion for copy of transcript denied as moot.

**2009–1339.   State v. Meadows.**
Hamilton App. No. C–961045.

**2009–1340.   State v. Husband.**
Franklin App. No. 08AP–917, 2009-Ohio-2900.